**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-6429**

_____

HARVEY LEE HAYES, JR.,

　　　　　　Plaintiff – Appellant,

　　　v.

JOEL ZIEGLER,

　　　　　　Defendant - Appellee.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.　Irene C. Berger, District Judge.　(5:11-cv-00261)

_____

Submitted:　May 27, 2014　　　　　　Decided:　May 29, 2014

_____

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Harvey Lee Hayes, Jr., Appellant Pro Se.　John Fulton Gianola, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harvey Lee Hayes, Jr., a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Hayes v. Ziegler, No. 5:11-cv-00261 (S.D.W. Va. Feb. 20 & 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2